

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 27, 2020**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| IN RE: | : **CASE NO: 16-50960-KMS** |
| | : **CHAPTER: 13** |
| | : |
| **BARBARA ANN LEWIS** | : |
| **DAVID WAYNE LEWIS,** | : |
| | : |
| **Debtors.** | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - -

| | |
|---|---|
| **BARBARA ANN LEWIS** | : |
| **DAVID WAYNE LEWIS,** | : |
| | : |
| **Movant,** | : **CONTESTED MATTER** |
| | : |
| **vs.** | : |
| | : |
| **U.S. BANK TRUST NATIONAL** | : |
| **ASSOCIATION, AS TRUSTEE OF THE** | : |
| **IGLOO SERIES IV TRUST,** | : |
| | : |
| **Respondent.** | : |

### AGREED ORDER ON DEBTORS' MOTION TO REVIEW NOTICE OF MORTGAGE PAYMENT CHANGE AND NOTICE OF POST-PETITION FEES

This matter came before the Court on Debtors' Motion to Review Notice of Mortgage Payment Change and Notice of Post-Petition Fees filed on June 16, 2020 (Dkt. #100) and set for hearing on August 20, 2020.

The parties have conferred and reached an agreement.  Accordingly, it is hereby

**ORDERED** that the Notice of Post-Petition Mortgage Fees, Expenses and Charges (hereinafter "Notice") filed by Respondent on May 28, 2020 in the amount of $3,584.00 for the homeowner's insurance disbursement completed on November 22, 2019 is hereby allowed. If it further

**ORDERED** that the Chapter 13 Trustee shall pay the amounts listed in said Notice of $3,584.00 in a separate claim over the remaining term of the plan at a monthly payment amount as to be determined by the Trustee. It is further

**ORDERED** that mortgagee is prohibited from collecting these amounts by any means that is inconsistent with this Order, including but not limited to, adjusting the amount of the ongoing mortgage payment. It is further

**ORDERED** that the Chapter 13 Trustee is directed to enter such orders as may be required to properly fund the plan over the remaining term of the plan.

**##END OF ORDER##**

Approved for entry by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Respondent

Consented to by:


/s/ Douglas M. Engell
Douglas M. Engell, Esq.
MS State Bar No. 10664
Post Office Box 309
Marion, MS 39342
601-693-6311
dengell@dougengell.com
Attorney for Debtors



No Opposition to by:

/s/Samuel J. Duncan, Atty for
David Rawlings
MS State Bar No. 6234
P.O. Box 566
Hattiesburg, MS 39403
601-582-5011
drawlings@rawlings13.net
Standing Chapter 13 Trustee

DISTRIBUTION LIST

Barbara Ann Lewis
198 CR 3129
Rose Hill, MS 39356

David Wayne Lewis
198 CR 3129
Rose Hill, MS 39356

Douglas M. Engell, Esq.
Post Office Box 309
Marion, MS 39342

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 E. Court Street
Suite 6-430
Jackson, MS 39201


Natalie Brown, Esq.
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655