**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
MISSISSIPPI (JACKSON-3)**

| | |
|---|---|
| **IN RE:  David Wayne Lewis** | **CASE NO.: 16-50960** |
| **Barbara Ann Lewis** | **CHAPTER 13** |
| **Debtor(s)** | |

**REQUEST FOR NOTICE**

The undersigned law firm of Marinosci Law Group, P.C.., enters their appearance on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST, a creditor in above named bankruptcy proceedings and requests that all notices and pleadings be directed to their attention.

Respectfully submitted,

MARINOSCI LAW GROUP, P.C.

/s/ Christopher K. Baxter

CHRISTOPHER K. BAXTER
Attorney Bar No.:  90001747
Marinosci Law Group, P.C.
Wellington Center
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Phone: 972.331.2300
Fax: 972.331.5240
bkinquiries@mlg-defaultlaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Appearance has been served on all parties as identified below via ECF/Electronic Mail or by First Class US Mail, postage prepaid on October 20, 2020.

DEBTOR:
David Wayne Lewis
198 CR 3129
Rose Hill, MS 39356

DEBTOR:
Barbara Ann Lewis
198 CR 3129
Rose Hill, MS 39356

CHAPTER 13 TRUSTEE:
Warren A. Cuntz T1, Jr.
P. O. Box 3749
Gulfport, MS 39505-3749

DEBTOR'S ATTORNEY:
Douglas M. Engell
Post Office Box 309
Marion, MS 39342

UNITED STATES TRUSTEE:
501 EAST COURT STREET, SUITE 6-430
JACKSON, MS 39201

Respectfully submitted,

MARINOSCI LAW GROUP, P.C.

 /s/ Christopher K. Baxter
CHRISTOPHER K. BAXTER
Attorney Bar No.:  90001747
Marinosci Law Group, P.C.
Wellington Center
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Phone: 972.331.2300
Fax: 972.331.5240
bkinquiries@mlg-defaultlaw.com