

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 14, 2022**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULPORT

| | |
|---|---|
| **IN RE: DAVID WAYNE LEWIS**<br>**BARBARA ANN LEWIS** | **BANKRUPTCY NO. 16-50960-KMS** |
| **US BANK TRUST N.A.** | **MOVANT** |
| **VS.** | |
| **DAVID WAYNE LEWIS, DEBTOR**<br>**BARBARA ANN LEWIS, DEBTOR**<br>**DAVID RAWLINGS, CHAPTER 13 TRUSTEE** | **RESPONDENTS** |

## AGREED ORDER TO WITHDRAW MOTION

**THIS MATTER**, came before the court upon a Motion for Relief from Stay and Abandonment filed by US Bank Trust N.A. as Trustee of the Chalet Series IV Trust ("Movant") filed on May 17, 2022 (DKT #136). Upon agreement of the parties the Court finds that good cause exists for the entry of the instant Agreed Order.

The real property which is the subject of the instant Motion is located at 198 County Road 3129, Rose Hill, Mississippi 39356 and legally described as follows:

> A parcel of land to be fully described as follows: Begin at the SW corner of S6, T3N, R13E, First Judicial District, Jasper County, Miss., and run thence N 85 degrees 44'54"E, 105.14 ft along the North line of County Road 137C; thence N 01 degrees 25'37" E, 396.92 ft; thence S 87 degrees 44'29"W, 114.15 ft; thence S 00 degrees 05'51"W, 400.09 ft to the POB. The herein described property is situated in the SW ¼ of the SW ¼ of the said Section 6.

The instant Motion is being withdrawn despite the continued existence of the Debtors' post-petition arrears.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the instant Motion for Relief from Stay and Abandonment (DKT #136) is hereby withdrawn.

##END OF ORDER##

APPROVED BY:

/s/ *Scot P. Goldsholl*
Scot P. Goldsholl
Mississippi Bar No. 8461
Marinosci Law Group, PC
415 North McKinley, Suite 360
Little Rock, AR 72205
Telephone No. (501) 994-5874
sgoldsholl@mlg-defaultlaw.com
*Attorney for Movant*

/s/ *Douglas M Engell*
Douglas M. Engell MSB# 10664
Post Office Box 309
Marion, MS 39342


Email: dengell@dougengell.com
*Attorney for Debtor*

601-693-6311
Fax :
601-693-6399